FILED

11/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0086

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| STATE OF MONTANA, | No. DA-21-0086 |
| Plaintiff and Appellee, | **ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENTSION OF TIME TO FILE REPLY BRIEF** |
| v. | |
| LUKE STROMMEN, | |
| Defendant and Appellant. | |

Upon consideration of Appellant's Unopposed Motion for Extension of Time to File Reply Brief and good cause appearing, IT IS HEREBY ORDERED that Appellant's Reply Brief shall be filed on or before December 30, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 21 2022